# 𝔍n the 𝔘nited 𝔖tates 𝔇istrict 𝔈ourt
# for the 𝔖outhern 𝔇istrict of 𝔊eorgia
# 𝔖avannah 𝔇ivision

```
CYRILLE N. KOUAMBO BECKODRO,

        Plaintiff,                    4:24-cv-199

    v.

JOHN DOE 1, et al.,

        Defendants.
```

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint in its entirety. Dkt. No. 6. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Complaint based on his failure to state a viable claim for relief. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this 10 day of January, 2025.

                                            HON. LISA GODBEY WOOD, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA